ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
RACHEL L. WISE, ESQ.
Nevada Bar No. 12303
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9304
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
rwise@grsm.com

*Attorneys for Heritage Square South Homeowners' Association, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-12CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12CB,<br><br>Plaintiff,<br><br>vs.<br><br>HERITAGE SQUARE SOUTH HOMEOWNERS' ASSOCIATION, INC.; JAYEM FAMILY LP; ATC ASSESSMENT COLLECTION GROUP, LLC; ANGIUS & TERRY COLLECTIONS, LLC; THE BETTY M. SMITH REVOCABLE TRUST; BETTY M. SMITH; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I – X, inclusive,<br><br>Defendants. | Case No.: 2:17-CV-02381-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER TO COMPLAINT**<br>**[ECF NO. 1]**<br><br>**FIRST REQUEST** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-12CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12CB ("Plaintiff"), and Defendant HERITAGE SQUARE SOUTH HOMEOWNERS' ASSOCIATION ("Heritage"), by and through their respective attorneys of record, stipulate as follows:

# STIPULATION

1. Plaintiff filed its Complaint on September 11, 2017 [ECF No. 1].

2. Heritage recently retained counsel and a short extension is necessary to allow Heritage's counsel to obtain the file and investigate the allegations in the Complaint before responding.

3. Heritage requests additional time to file a response to the Complaint and Plaintiff does not object to the request.

4. Therefore, the parties agree that Heritage's response to the Complaint is now due on or before **November 29, 2017**.

DATED: November 21, 2017.

GORDON & REES LLP

/s/ Rachel L. Wise
_____
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
RACHEL L. WISE, ESQ.
Nevada Bar No. 12303
300 South Fourth Street,
Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Heritage Square South Homeowners' Association*

DATED: November 21, 2017.

AKERMAN LLP

/s/ Natalie L. Winslow
_____
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
1160 North Town Center Drive
Suite 330
Las Vegas, NV 89144

*Attorneys for Plaintiff* The Bank Of New York Mellon Fka The Bank Of New York, As Trustee For The Certificate Holders Of CWALT, Inc., Alternative Loan Trust 2006-12cb, Mortgage Pass-Through Certificates, Series 2006-12cb

# ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 22, 2017

-2-