DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-12CB, Mortgage Pass-Through Certificates, Series 2006-12CB*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-12CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12CB, <br><br> Plaintiff, <br><br> vs. <br><br> HERITAGE SQUARE SOUTH HOMEOWNERS' ASSOCIATION, INC.; JAYEM FAMILY LP; ATC ASSESSMENT COLLECTION GROUP, LLC; ANGIUS & TERRY COLLECTIONS, LLC; THE BETTY M. SMITH REVOCABLE TRUST; BETTY M. SMITH; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No. 2:17-cv-02381-JAD-CWH <br><br> **AMENDED STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO HERITAGE SQUARE SOUTH HOMEOWNERS ASSOCIATION, INC.'S MOTION TO DISMISS** <br><br> **(FIRST REQUEST)** |

The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-12CB, Mortgage Pass-Through Certificates, Series 2006-12CB (**BoNYM**), and Heritage Square South Homeowners' Association, Inc. (**Heritage**), hereby stipulate and agree that BoNYM shall have an additional fourteen (14) days, up to and including **December 27, 2017**, to file its response to Heritage's motion to dismiss

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

43626341;1

complaint, which was due on December 13, 2017, pursuant to ECF No. 13. Heritage's motion to dismiss complaint was filed on November 29, 2017.

The handling attorney for BoNYM has been actively involved in two trials over the past three weeks, including the date that the response to the motion to dismiss was originally due. This request for additional time is made in order to give the handling attorney time to focus on drafting the necessary arguments to oppose the motion to dismiss. This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

43626341;1

While this amended stipulation was filed after the deadline to respond to the motion, the original stipulation was filed prior to the deadline to respond. As soon as the Court denied the initial stipulation, the parties immediately filed this amended stipulation.

DATED this 15 day of December, 2017.

<table>
<tr><td><strong>AKERMAN LLP</strong></td><td><strong>GORDON REES SCULLY MANSUKHANI</strong></td></tr>
<tr><td></td><td></td></tr>
<tr><td>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134</td><td>ROBERT S. LARSEN, ESQ.<br>Nevada Bar No. 7785<br>RACHEL L. WISE, ESQ.<br>Nevada Bar No. 12303<br>300 S. Fourth Street, Suite 1550<br>Las Vegas, Nevada 89101</td></tr>
<tr><td><em>Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-12CB, Mortgage Pass-Through Certificates, Series 2006-12CB</em></td><td><em>Attorneys for Heritage Square South Homeowners Association, Inc.</em></td></tr>
</table>

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

12/19/2017

DATED: _____

43626341;1

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572