ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
RACHEL L. WISE, ESQ.
Nevada Bar No. 12303
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9304
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
          rwise@grsm.com

*Attorneys for Heritage Square South*
*Homeowners' Association, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-12CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12CB, <br><br> Plaintiff, <br><br> vs. <br><br> HERITAGE SQUARE SOUTH HOMEOWNERS' ASSOCIATION, INC.; JAYEM FAMILY LP; ATC ASSESSMENT COLLECTION GROUP, LLC; ANGIUS & TERRY COLLECTIONS, LLC; THE BETTY M. SMITH REVOCABLE TRUST; BETTY M. SMITH; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I – X, inclusive, <br><br> Defendants. | Case No.: 2:17-CV-02381-JAD-CWH <br><br> **AMENDED STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO HERITAGE SQUARE SOUTH HOMEOWNERS ASSOCIATION, INC.'S MOTION TO DISMISS** <br><br> **(FIRST REQUEST)** |

     Heritage Square south Homeowners' Association, Inc. ("Heritage") and The Bank of

New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of

CWALT, Inc., Alternative Loan Trust 2006-12CB, Mortgage Pass-Through Certificates, Series

2006-12CB ("BNYM") hereby stipulate and agree that Heritage shall have an additional seven

(7) days, up to and including **January 9, 2018,** to file its response to BNYM's Response to

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

Motion to Dismiss Complaint, which is currently due on January 3, 2018, pursuant to ECF No. 26. Heritage's motion to dismiss complaint was filed on November 29, 2017.

Recently, multiple stays have been lifted that add to an abnormally heavy case load at this point in time. Handling counsel is engaging in trial preparation as well as deposition preparation on multiple other cases in this matter. Additionally, the Response to the Motion to Dismiss [ECF No. 26] was filed in the middle of the holiday season. This created a delay in review and response.

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

| DATED this 3rd day of January, 2018. | DATED this 3rd day of January, 2018. |
|---|---|
| **AKERMAN LLP** | **GORDON REES SCULLY MANSUKHANI, LLP** |
| _/s/ Natalie L. Winslow_____ <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 | _/s/ Rachel L. Wise_____ <br> ROBERT S. LARSEN, ESQ. <br> Nevada Bar No. 7785 <br> RACHEL L. WISE, ESQ. <br> Nevada Bar No. 12303 <br> 300 S. Fourth Street, Suite 1550 <br> Las Vegas, Nevada 89101 |
| _Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-12CB, Mortgage Pass-Through Certificates, Series 2006-12CB_ | _Attorneys for Heritage Square South Homeowners Association, Inc._ |

## ORDER

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** __January 3, 2018_____

1146075/36167953v.1