Stephen Peek, Esq.
Nevada Bar No. 1758
Rachel L. Wise, Esq.
Nevada Bar No. 12303
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134
Phone: 702-222-2500
Fax: 702-669-4600
Email:  speek@hollandhart.com
rlwise@hollandhart.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-12CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12CB,<br><br>Plaintiff,<br><br>v.<br><br>HERITAGE SQUARE SOUTH HOMEOWNERS' ASSOCIATION, INC.; JAYEM FAMILY LP; ATC ASSESSMENT COLLECTION GROUP, LLC; ANGIUS & TERRY COLLECTIONS, LLC; THE BETTY M. SMITH REVOCABLE TRUST; BETTY M. SMITH; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I – X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02381-JAD-CWH<br><br>**MOTION TO REMOVE COUNSEL FROM SERVICE LIST AND [PROPOSED] ORDER** |

Pursuant to LR IA 10.6(e), Rachel L. Wise, Esq., hereby moves this Court for an Order removing her from all service lists, including the court's electronic notification list, in the above-captioned case.

///

///

///

Attorney Wise is no longer employed by Gordon Rees Scully Mansukhani, LLP.

DATED this 4th day of April, 2018.

                                        HOLLAND & HART LLP

                                        */s/ Rachel L. Wise*
                                        Stephen Peek, Esq.
                                        Nevada Bar No. 1758
                                        Rachel L. Wise, Esq.
                                        Nevada Bar No. 12303
                                        9555 Hillwood Drive, 2nd Floor
                                        Las Vegas, Nevada 89134

**IT IS SO ORDERED**

_____
U. S. MAGISTRATE JUDGE

DATED: April 5, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April, a true and correct copy of the foregoing **MOTION TO REMOVE COUNSEL FROM SERVICE LIST AND [PROPOSED] ORDER** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

                                                */s/ Joyce Heilich*
                                                An Employee of Holland & Hart LLP

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

10839746_1