1 DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
2 NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
3 AKERMAN LLP
1635 Village Center Circle, Suite 200
4 Las Vegas, NV 89134
Telephone: (702) 634-5000
5 Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
6 Email: natalie.winslow@akerman.com

7 *Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-12CB, Mortgage Pass-Through Certificates, Series 2006-12CB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-12CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12CB, <br><br> Plaintiff, <br> v. <br><br> HERITAGE SQUARE SOUTH HOMEOWNERS' ASSOCIATION, INC; JAYEM FAMILY LP; ATC ASSESSMENT COLLECTION GROUP LLC; ANGIUS & TERRY COLLECTIONS, LLC; THE BETTY M. SMITH REVOCABLE TRUST; BETTY M. SMITH; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No.: 2:17-cv-02381-JAD-CWH <br><br> **STIPULATION AND ORDER TO CONTINUE HEARING ON THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-12CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12CB'S MOTION FOR PROTECTIVE ORDER [ECF NO. 37]** |

1

**AKERMAN LLP**
1635 VILLAGE CENTER CIR., SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

| | |
|---|---|
| JAYEM FAMILY LP, | |
| Counter-claimant, | |
| v. | |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-12CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12CB; DOE INDIVIDUALS I-X. inclusive, AND ROE CORPORATIONS I-X, inclusive, | |
| Counter-defendants. | |
| JAYEM FAMILY LP, | |
| Cross-claimant, | |
| v. | |
| THE BETTY M. SMITH REVOCABLE TRUST; BETTY M. SMITH; DOE INDIVIDUALS I-X, inclusive, AND ROE CORPORATIONS I-X, inclusive; | |
| Cross-defendants. | |

Plaintiff and counter-defendant The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-12CB, Mortgage Pass-Through Certificates, Series 2006-12CB (**BoNYM**), defendant Heritage Square South Homeowners' Association, Inc. (**Heritage**), and defendant, counter- and cross-claimant Jayem Family LP (**Jayem**), stipulate to continue the hearing on BoNYM's motion for protective order, ECF No. 37, currently scheduled for June 7, 2018 at 9:30 a.m., to **June 12, 2018 at 1:30 p.m.**

…

…

…

…

2

This continuance is requested due to scheduling conflicts for BoNYM and Heritage on the original hearing date.

This the 21st day of May, 2018.

**AKERMAN LLP**

*/s/ Darren T .Brenner, Esq.*
DARREN T. BRENNER, ESQ.
Nevada Bar. No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-12CB, Mortgage Pass-Through Certificates, Series 2006-12CB*

This the 21st day of May, 2018.

This the 21st day of May, 2018.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Wing Yan Wong, Esq.*
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Heritage Square South Homeowners' Association, Inc.*

**TAKOS LAW GROUP, LTD.**

*/s/ Zachary P. Takos, Esq.*
ZACHARY P. TAKOS, ESQ.
Nevada Bar No. 11293
1980 Festival Plaza Drive, Suite 300
Las Vegas, Nevada 89135

*Attorney for Jayem Family L.P.*

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** May 22, 2018