Zachary P. Takos, Esq., Nevada Bar No. 11293
**TAKOS LAW GROUP, LTD.**
1980 Festival Plaza Drive, Suite 300
Las Vegas, Nevada 89135
Telephone: 702.856.4629
Facsimile: 702.924.4422
E-mail: zach@takoslaw.com

*Counsel for Jayem Family L.P.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-12CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12CB;<br><br>       Plaintiff,<br><br>v.<br><br>HERITAGE SQUARE SOUTH HOMEOWNERS' ASSOCIATION, INC.; JAYEM FAMILY LP; ATC ASSESSMENT COLLECTION GROUP, LLC; ANGIUS & TERRY COLLECTIONS, LLC; THE BETTY M. SMITH REVOCABLE TRUST; BETTY M. SMITH; DOE INDIVIDUALS I-X, inclusive, AND ROE CORPORATIONS I-X, inclusive,<br><br>       Defendants. | Case No. 2:17-cv-02381<br><br>**JOINDER TO STIPULATED PROTECTIVE ORDER** |
| JAYEM FAMILY LP,<br><br>       Counter-claimant,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-12CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006- | |

1

|     |     |
| --- | --- |
| 1   | 12CB; DOE INDIVIDUALS I-X, inclusive, AND ROE CORPORATIONS I-X, inclusive, |
| 2   | Counter-defendants. |
| 3   |     |
| 4   | JAYEM FAMILY LP, |
| 5   | Cross-claimant, |
| 6   | v.  |
| 7   | THE BETTY M. SMITH REVOCABLE TRUST; BETTY M. SMITH; DOE INDIVIDUALS I-X, inclusive, AND ROE CORPORATIONS I-X, inclusive; |
| 8   |     |
| 9   | Cross-defendants. |

Defendant Jayem Family L.P. ("Jayem"), by and through its counsel of record, Takos Law Group, Ltd., hereby joins the Stipulated Protective Order entered by the Court on May 17, 2018 (ECF No. 46).

DATED this 29th day of May, 2018.

**TAKOS LAW GROUP, LTD.**

IT IS SO ORDERED.

DATED: May 30, 2018

_/s/ Zachary P. Takos_
Zachary P. Takos, Esq., Nevada Bar No. 11293
1980 Festival Plaza Drive, Suite 300
Las Vegas, Nevada 89135

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

*Counsel for Jayem Family L.P.*

1 | **CERTIFICATE OF SERVICE**
2 | I HEREBY CERTIFY that I am an employee of Takos Law Group, Ltd., and that on this 29th day of May, 2018, I caused to be served the foregoing **JOINDER TO STIPULATED PROTECTIVE ORDER** through the U.S. District Court's CM/ECF system.

By: ___/s/ Katie Erickson___
TAKOS LAW GROUP, LTD.