Zachary P. Takos, Esq., Nevada Bar No. 11293
**TAKOS LAW GROUP, LTD.**
1980 Festival Plaza Drive, Suite 300
Las Vegas, Nevada 89135
Telephone: 702.856.4629
Facsimile: 702.924.4422
E-mail:  zach@takoslaw.com

*Counsel for Jayem Family L.P.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-12CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12CB;<br><br>Plaintiff,<br><br>v.<br><br>HERITAGE SQUARE SOUTH HOMEOWNERS' ASSOCIATION, INC.; JAYEM FAMILY LP; ATC ASSESSMENT COLLECTION GROUP, LLC; ANGIUS & TERRY COLLECTIONS, LLC; THE BETTY M. SMITH REVOCABLE TRUST; BETTY M. SMITH; DOE INDIVIDUALS I-X, inclusive, AND ROE CORPORATIONS I-X, inclusive,<br><br>Defendants.<br><br>JAYEM FAMILY LP,<br><br>Counter-claimant,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-12CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006- | Case No.  2:17-cv-02381<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER [ECF NO. 24]**<br><br>**(Second Request)** |

1

| | |
|---|---|
| 12CB; DOE INDIVIDUALS I-X, inclusive, AND ROE CORPORATIONS I-X, inclusive, | |
| | Counter-defendants. |
| JAYEM FAMILY LP, | |
| | Cross-claimant, |
| v. | |
| THE BETTY M. SMITH REVOCABLE TRUST; BETTY M. SMITH; DOE INDIVIDUALS I-X, inclusive, AND ROE CORPORATIONS I-X, inclusive; | |
| | Cross-defendants. |

Pursuant to Fed. R. Civ. P. 16(b)(4), LR IA 6-1, and LR 26-4, Plaintiff The Bank of New York Mellon fka the Bank of New York, as Trustee for the Certificate Holders of CWALT, Inc., Alternative Loan Trust 2006-12CB, Mortgage Pass-Through Certificates, Series 2006-12CB ("BNY"), Defendant Heritage Square South Homeowners' Association, Inc. ("Heritage"), and Cross-Claimant Jayem Family LP ("Jayem"), (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate to amend the Scheduling Order entered on December 27, 2017, ECF No. 24. This is the Parties' second such request.

The Parties seek to extend the discovery, dispositive motion, and pretrial order deadlines by thirty (30) days. The Parties request to extend the discovery deadline to **September 26, 2018**, the dispositive motions deadline to **October 18, 2018**, and pretrial order deadline to **November 27, 2018**.

I. **Discovery Completed and to Be Completed Prior to Current Discovery Deadline**

To date, the Parties have completed the following discovery:

- BNY and Heritage have each served initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1)
- BNY propounded Requests for Production, Requests for Admission, and Interrogatories on Heritage

2

|   |   |
|---|---|
| 1 | • Heritage served its responses to BNY's Requests for Production, Requests for Admission, and Interrogatories |
| 2 | |
| 3 | • Heritage propounded Requests for Production, Requests for Admission, and Interrogatories on BNY |
| 4 | |

II. **Discovery That Remains to be Completed**

- Deposition of Heritage
- Deposition of BNY
- Deposition of Rock Jung, currently scheduled for June 15, 2018
- Deposition of Paterno Jurani, currently scheduled for June 15, 2018
- Deposition of the PMK of Jayem, currently scheduled for June 26, 2018
- Deposition of Matthew Lubawy
- Jayem's written discovery on all parties

III. **Reasons Why Discovery Was Not Completed**

Good cause exists to extend the deadline for discovery. Jayem recently appeared in this case and is currently in settlement negotiations with BNY. The parties are hopeful that this case can settle without the need for further court involvement. Additionally, some depositions have to be rescheduled due to scheduling conflicts between counsel and the witness. Furthermore, on April 18, 2018, BNY filed a Motion for Protection from 30(b)(6) Deposition and a Motion for Sanctions. ECF Nos. 38 and 39. The briefing on the Motions was completed on or about May 9, 2018, and the hearing was held on June 12, 2018. The Parties agreed to postpone the deposition of BNY to allow the Court to first address the Motions. The Parties will require additional time to coordinate with the witness' availability for the deposition. Therefore, for the foregoing reasons, the Parties seek a 90-day extension of the discovery deadlines.

\\\
\\\
\\\
\\\
\\\

IV. Proposed Schedule to Complete Remaining Discovery

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Close of Discovery | June 28, 2018 | September 26, 2018 |
| Dispositive Motions | July 20, 2018 | October 18, 2018 |
| Pre-Trial Order | August 29, 2018 | November 27, 2018 |

DATED this 13th day of June, 2018.

/s/ Zachary P. Takos
Zachary P. Takos, Esq.
Nevada Bar No. 11293
Takos Law Group, Ltd.
1980 Festival Plaza Drive, Suite 300
Las Vegas, Nevada 89135

*Counsel for Jayem Family L.P.*

DATED this 13th day of June, 2018.

/s/ Natalie L. Winslow
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Natalie L. Winslow, Esq.
Nevada Bar No. 12125
Akerman LLP
1635 Village Center Circle, Suite 200
*Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-12CB, Mortgage Pass-Through Certificates, Series 2006-12CB*

DATED this 13th day of June, 2018.

/s/ Wing Yan Wong
Robert S. Larsen, Esq.
Nevada Bar No. 7785
Wing Yan Wong, Esq.
Nevada Bar No. 13622
Gordon Rees Scully Mansukhani, LLP
300 South Forouth Street, Suite 1559
Las Vegas, NV 89101

*Attorneys for Heritage Square South Homeowners' Assocation, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 14, 2018